UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

John F. Newman, Esq.
First Harvest Credit Union
1615 Hurffville Road
Deptford, New Jersey 08096
856-232-9000 x5015
jnewman@firstharvestcu.com
Attorney for First Harvest Credit Union

In Re:

Bruce J. Williams

Case No.: 22-11348-JNP

Chapter: 13

Judge: Jerrold N. Poslusny

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of  First Harvest Credit Union . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  1615 Hurffville Road
Deptford, New Jersey 08096

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 03/01/2022

/s/ John F. Newman
Signature

new.8/1/15