Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−11348−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bruce Johnthan Williams
   228 Kaighn Ave.
   Camden, NJ 08103

Social Security No.:
   xxx−xx−2991

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 5, 2022.

Dated: May 5, 2022
JAN: kvr

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-11348-JNP

Bruce Johnthan Williams  Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 3
Date Rcvd: May 05, 2022       Form ID: plncf13     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bruce Johnthan Williams, 228 Kaighn Ave., Camden, NJ 08103-3269 |
| cr | + | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 519523954 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519512525 | | CCMUA, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 519512527 | + | City Of Camden Water, 100 S. 17th St., Camden, NJ 08105-1759 |
| 519512526 | | City of Camden, Dept of Revenue & Collections, c/o Office of tthe City Attorney, Suite 419, City Hall, Camden, NJ 08102 |
| 519512528 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 519512529 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519512533 | + | Police & Fire FCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 519552591 | + | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 519512538 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 05 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 05 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519558878 | + | Email/Text: g17768@att.com | May 05 2022 20:39:00 | AT&T Corp., %AT&T Services, Inc., Karen A Cavagnaro - Lead Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 519512522 | + | Email/Text: g20956@att.com | May 05 2022 20:40:00 | AT&T Mobility LLC, Attn: Karen A. Cavagnaro, Lead Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 519512521 | + | Email/Text: EBNProcessing@afni.com | May 05 2022 20:39:00 | Afni, Inc., Attn: Bankruptcy, Po Box 3427, Bloomington, IL 61702-3427 |
| 519512523 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 05 2022 20:39:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519512524 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 05 2022 20:41:14 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519551733 | + | Email/PDF: ebn_ais@aisinfo.com | May 05 2022 20:41:16 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519542350 | | Email/Text: mrdiscen@discover.com | May 05 2022 20:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 519512528 | ^ | MEBN | May 05 2022 20:35:45 | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 519512529 | ^ | MEBN | May 05 2022 20:35:59 | Experian, PO Box 4500, Allen, TX 75013-1311 |

Case 22-11348-JNP    Doc 17    Filed 05/07/22    Entered 05/08/22 00:13:02    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 05, 2022 | Form ID: plncf13 | Total Noticed: 31 |

| Recipient # | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519512530 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 05 2022 20:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519530132 | + | Email/Text: camanagement@mtb.com | May 05 2022 20:39:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 519512532 | | Email/Text: bkrgeneric@penfed.org | May 05 2022 20:39:00 | Pentagon Federal Credit Union, 13220 Fort Street, Omaha, NE 68164 |
| 519512534 | + | Email/Text: bankruptcy@pseg.com | May 05 2022 20:39:00 | PSE&G, Attn: Bankruptcy, PO Box 490, Cranford, NJ 07016-0490 |
| 519512531 | + | Email/Text: bkrgeneric@penfed.org | May 05 2022 20:39:00 | Pentagon Federal Credit Union, 2930 Eisenhower Ave., Alexandria, VA 22314-4557 |
| 519525381 | + | Email/Text: documentfiling@lciinc.com | May 05 2022 20:39:00 | Plaza Services, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519550670 | | Email/Text: bnc-quantum@quantum3group.com | May 05 2022 20:39:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519512535 | + | Email/Text: bankruptcyteam@quickenloans.com | May 05 2022 20:40:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519524100 | + | Email/Text: bankruptcyteam@quickenloans.com | May 05 2022 20:40:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519512537 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 05 2022 20:39:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519512536 | + | Email/Text: courts@southjerseyfcu.com | May 05 2022 20:39:00 | South Jersey FCU, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |
| 519512538 | ^ | MEBN | May 05 2022 20:36:06 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 07, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel L Reinganum | |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 05, 2022 | Form ID: plncf13 | Total Noticed: 31 |

|   |   |
|---|---|
| | on behalf of Debtor Bruce Johnthan Williams DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor First Harvest Credit Union courts@southjerseyfcu.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5