Form 226 – 3004claimntc.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22–11348–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Bruce Johnthan Williams
228 Kaighn Ave.
Camden, NJ 08103

Social Security No.:
xxx–xx–2991

Employer's Tax I.D. No.:

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

Please be advised that BRUCE JOHNTHAN WILLIAMS the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 5/20/2022.

American Express National Bank
Becket and Lee LLP
PO Box 3001
Malvern, PA 19355–0701

Dated: May 23, 2022
JAN: lgr

Jeanne Naughton
Clerk