**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN**

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 West Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**
**tegner@mcdowelllegal.com**

-------------------------------------------------------------X
In re:                                              :         Chapter 13
                                                    :
Bruce J. Williams,                                  :         Case No. 22-11348
                                                    :
                                                    :
                                                    :
                                                    :         Judge: Honorable Jerrold N Poslusny
                                                    :
              Debtor(s).                            :
-------------------------------------------------------------X

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of McDowell Law, PC as attorneys for the Debtor in the above titled case.

                                                              McDOWELL LAW, PC

**/s/Daniel L. Reinganum**                          */s/Thomas G. Egner*
**DANIEL L. REINGANUM,** Esq.                       **Thomas G. Egner,** Esq.
Withdrawing Attorney                                Superseding Attorney
Dated:   August 31, 2023                            Dated:   August 31, 2023