Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-11348 (JNP)

Bruce J. Williams  
228 Kaighn Avenue  
Camden, NJ  08103

Monthly Payment: $451.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/2023 | $448.00 | 03/01/2023 | $448.00 | 03/29/2023 | $448.00 | 05/01/2023 | $448.00 |
| 05/30/2023 | $448.00 | 06/29/2023 | $448.00 | 07/31/2023 | $448.00 | 08/29/2023 | $448.00 |
| 09/29/2023 | $448.00 | 10/30/2023 | $448.00 | 11/30/2023 | $448.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | BRUCE J. WILLIAMS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $3,875.00 | $3,875.00 | $0.00 | $225.61 |
| 1 | AT&T MOBILITY II, LLC | 33 | $644.84 | $0.64 | $644.20 | $0.64 |
| 2 | AFNI, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA, N.A. | 33 | $19,819.60 | $19.57 | $19,800.03 | $19.57 |
| 4 | CAMDEN COUNTY MUA | 24 | $835.30 | $835.30 | $0.00 | $835.30 |
| 5 | CAPITAL ONE, N.A. | 33 | $759.51 | $0.75 | $758.76 | $0.75 |
| 6 | CITY OF CAMDEN WATER & SEWER | 24 | $985.81 | $985.81 | $0.00 | $985.81 |
| 7 | CITY OF CAMDEN WATER & SEWER | 24 | $836.71 | $836.71 | $0.00 | $836.71 |
| 8 | EQUIFAX INFORMATION SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | EXPERIAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PSE&G | 33 | $3,139.30 | $3.10 | $3,136.20 | $3.10 |
| 12 | PLAZA SERVICES, LLC | 33 | $19,317.22 | $19.08 | $19,298.14 | $19.08 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $6,831.27 | $6.75 | $6,824.52 | $6.75 |
| 14 | POLICE & FIRE FEDERAL CREDIT UNION | 33 | $7,536.38 | $7.44 | $7,528.94 | $7.44 |
| 15 | ROCKET MORTGAGE, LLC | 24 | $1,680.67 | $1,680.67 | $0.00 | $1,680.67 |
| 16 | FIRST HARVEST CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | STATE OF NEW JERSEY DIVISION OF TAXATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | TRANSUNION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | DANIEL L REINGANUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | BANK OF AMERICA, N.A. | 33 | $8,967.80 | $8.86 | $8,958.94 | $8.86 |
| 23 | M & T BANK | 33 | $30,910.80 | $30.52 | $30,880.28 | $30.52 |
| 24 | DISCOVER BANK | 33 | $260.93 | $0.26 | $260.67 | $0.26 |
| 25 | QUANTUM3 GROUP, LLC | 33 | $9,318.92 | $9.20 | $9,309.72 | $9.20 |
| 26 | POLICE & FIRE FEDERAL CREDIT UNION | 33 | $4,604.89 | $4.55 | $4,600.34 | $4.55 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | FIRST HARVEST CREDIT UNION | 24 | $189.23 | $189.23 | $0.00 | $189.23 |
| 28 | FIRST HARVEST CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | AMERICAN EXPRESS | 33 | $354.43 | $0.35 | $354.08 | $0.35 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2022 | 1.00 | $0.00 |
| 04/01/2022 | Paid to Date | $425.00 |
| 05/01/2022 | 58.00 | $451.00 |
| 03/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,928.00 |
| Total paid to creditors this period: | $4,864.40 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $534.00 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**