UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Shannon Burrini, Esq.
Pro Capital Management III, LLC
2500 McClellan Ave., Suite 200
Pennsauken, NJ 08109
Tel. 856-528-0467
shannonb@procapllc.com
Attorney for Creditor, Pro Cap 8 FBO Firstrust Bank

In Re:
BRUCE JOHNTHAN WILLIAMS

Case No.: 22-11348

Chapter: 13

Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Pro Cap 8 FBO Firstrust Bank. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Shannon Burrini, Esq.
Pro Capital Management III, LLC
2500 McClellan Ave., Suite 200
Pennsauken, NJ 08109
Tel. 856-528-0467
shannonb@procapllc.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: August 6, 2024

/s/ Shannon Burrini
Signature

new.8/1/15