UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Bruce Jonathan Williams,

Debtor.

Case No.:      22-11348-JNP

Chapter:           13

Hearing Date:    8/27/2024

Judge:           Poslusny

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Motion for Relife from Stay re: 228 Kaighn Avenue (Docket # 35)

_____

Date: 08/22/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*