UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CITY OF CAMDEN
OFFICE OF THE CITY ATTORNEY
MICHELLE BANKS-SPEARMAN
ASSISTANT CITY ATTORNEY
City Hall, Room 419
Camden, New Jersey 08101-5120
856-757-7170

In Re:

Bruce Johnthan Williams

| | |
|---|---|
| Case No.: | 22-11348 |
| Chapter: | 13 |
| Judge: | JNP |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____City of Camden_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Michelle Banks-Spearman
Assistant City Attorney
City Hall
520 Market Street - Suite 419
Camden, NJ 08101

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: _October 28, 2024_____        /s/ Michelle Banks-Spearman____
Signature

*new.8/1/15*