UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michelle Banks-Spearman (7540)
Assistant City Attorney
Office of the City Attorney
City Hall, 4th Floor, Suite 419
Camden, NJ 08101-5120

In Re:

Bruce Johnthan Williams

Case No.: 22-11348-JNP
Chapter: 13
Adv. No.:
Hearing Date:
Judge: Hon. Judge Jerrold N.

## CERTIFICATION OF SERVICE

1. I, __Asia McDonald__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Michelle Banks-Spearman__, who represents __City of Camden__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __10/28/2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   1. Notice of Appearance
   2. Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 28, 2024

Signature: /s/ Asia McDonald

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Daniel L. Reinganum<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew B. Finberg<br>Chapter 13 Trustee<br>535 Route 38 Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bruce Johnthan Williams<br>228 Kaighn Ave.<br>Camden, NJ 08103 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |