Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−11348−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Bruce Johnthan Williams
  228 Kaighn Ave.
  Camden, NJ 08103

Social Security No.:
  xxx−xx−2991

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

 NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 7, 2024.

Dated: November 7, 2024
JAN: as

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                         Case No. 22-11348-JNP

Bruce Johnthan Williams                                                                           Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 07, 2024 | Form ID: plncf13 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bruce Johnthan Williams, 228 Kaighn Ave., Camden, NJ 08103-3269 |
| cr | | City of Camden, City Attorney, City Hall, 4th Floor, Suite 419, Camden, NJ 08101-5120 |
| cr | + | Pro Cap 8 FBO Firstrust Bank, Pro Capital Management III, 2500 McClellan Ave, Suite 200, Pennsauken, NJ 08109 UNITED STATES 08109-4613 |
| 519512527 | + | City Of Camden Water, 100 S. 17th St., Camden, NJ 08105-1759 |
| 519512526 | | City of Camden, Dept of Revenue & Collections, c/o Office of tthe City Attorney, Suite 419, City Hall, Camden, NJ 08102 |
| 520361778 | + | Pro Cap 8 FBO First Trust Bank, Attn: Shannon Burrini, Esq, 2500 McClellan Ave, Suite 200, Pennsauken, NJ 08109-4613 |
| 519512535 | + | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519524100 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: law@ci.camden.nj.us | Nov 07 2024 20:49:00 | Michelle Banks-Spearman, City of Camden, City Hall, 520 Market Street, Suite 419, Camden, NJ 08102-1300 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 07 2024 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 07 2024 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@firstharvestcu.com | Nov 07 2024 20:49:00 | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 519558878 | + | Email/Text: g17768@att.com | Nov 07 2024 20:48:00 | AT&T Corp., %AT&T Services, Inc., Karen A Cavagnaro - Lead Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 519512522 | + | Email/Text: g17768@att.com | Nov 07 2024 20:48:00 | AT&T Mobility LLC, Attn: Karen A. Cavagnaro, Lead Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 519512521 | + | Email/Text: EBNProcessing@afni.com | Nov 07 2024 20:50:00 | Afni, Inc., Attn: Bankruptcy, Po Box 3427, Bloomington, IL 61702-3427 |
| 519585810 | | Email/PDF: bncnotices@becket-lee.com | Nov 08 2024 07:52:45 | American Express National Bank, c/o Beckett and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 519638121 | | Email/PDF: bncnotices@becket-lee.com | Nov 08 2024 07:52:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519512523 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 07 2024 20:47:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519523954 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 07 2024 20:47:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519512525 | ^ | MEBN | | |

Case 22-11348-JNP    Doc 63    Filed 11/09/24    Entered 11/10/24 00:15:10    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 07, 2024 | Form ID: plncf13 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 07 2024 20:42:42 | CCMUA, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 519512524 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Nov 07 2024 20:52:45 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519551733 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Nov 07 2024 20:52:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519542350 | | Email/Text: mrdiscen@discover.com | | |
| | | | Nov 07 2024 20:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 519512528 | | Email/Text: bankruptcycourts@equifax.com | | |
| | | | Nov 07 2024 20:49:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 519512529 | ^ | MEBN | | |
| | | | Nov 07 2024 20:41:25 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519512530 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Nov 07 2024 20:49:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519530132 | + | Email/Text: camanagement@mtb.com | | |
| | | | Nov 07 2024 20:49:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 519512532 | | Email/Text: bkrgeneric@penfed.org | | |
| | | | Nov 07 2024 20:48:00 | Pentagon Federal Credit Union, 13220 Fort Street, Omaha, NE 68164 |
| 519512534 | + | Email/Text: bankruptcy@pseg.com | | |
| | | | Nov 07 2024 20:47:00 | PSE&G, Attn: Bankruptcy, PO Box 490, Cranford, NJ 07016-0490 |
| 519512531 | + | Email/Text: bkrgeneric@penfed.org | | |
| | | | Nov 07 2024 20:48:00 | Pentagon Federal Credit Union, 2930 Eisenhower Ave., Alexandria, VA 22314-4557 |
| 519525381 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | Nov 07 2024 20:48:00 | Plaza Services, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519512533 | + | Email/Text: bankruptcy1@pffcu.org | | |
| | | | Nov 07 2024 20:49:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 519552591 | + | Email/Text: bankruptcy1@pffcu.org | | |
| | | | Nov 07 2024 20:49:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 519550670 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Nov 07 2024 20:50:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519512537 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Nov 07 2024 20:48:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 520181903 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Nov 07 2024 20:49:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Suite 700, Seattle, WA 98101-2051 |
| 520181904 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Nov 07 2024 20:49:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Suite 700, Seattle, WA 98101, Scolopax, LLC, c/o Weinstein & Riley, PS 98101-2051 |
| 519512536 | + | Email/Text: courts@southjerseyfcu.com | | |
| | | | Nov 07 2024 20:50:00 | South Jersey FCU, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |
| 519512538 | ^ | MEBN | | |
| | | | Nov 07 2024 20:41:39 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

Case 22-11348-JNP    Doc 63    Filed 11/09/24    Entered 11/10/24 00:15:10    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 07, 2024 | Form ID: plncf13 | Total Noticed: 39 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John F Newman | on behalf of Creditor First Harvest Credit Union courts@firstharvestcu.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. tue67813@temple.edu |
| Michelle Banks-Spearman | on behalf of Creditor City of Camden MiSpearm@ci.camden.nj.us NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us |
| Robert J. Malloy | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| Shannon Burrini | on behalf of Creditor Pro Cap 8 FBO Firstrust Bank shannonb@procapllc.onmicrosoft.com |
| Thomas G. Egner | on behalf of Debtor Bruce Johnthan Williams tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10