Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-11348 (JNP)

Bruce J. Williams  
228 Kaighn Avenue  
Camden, NJ  08103

Monthly Payment: $538.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2024 | $448.00 | 01/29/2024 | $448.00 | 02/29/2024 | $448.00 | 04/01/2024 | $448.00 |
| 04/29/2024 | $448.00 | 06/10/2024 | $448.00 | 07/09/2024 | $448.00 | 08/08/2024 | $448.00 |
| 09/10/2024 | $740.00 | 10/08/2024 | $521.00 | 11/08/2024 | $521.00 | 12/09/2024 | $521.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | BRUCE J. WILLIAMS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $3,875.00 | $3,875.00 | $0.00 | $225.61 |
| 0 | MC DOWELL LAW, PC | 13 | $800.00 | $800.00 | $0.00 | $0.00 |
| 1 | AT&T MOBILITY II, LLC | 33 | $644.84 | $16.85 | $627.99 | $0.64 |
| 2 | AFNI, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA, N.A. | 33 | $19,819.60 | $517.91 | $19,301.69 | $19.57 |
| 4 | CAMDEN COUNTY MUA | 24 | $835.30 | $835.30 | $0.00 | $835.30 |
| 5 | CAPITAL ONE, N.A. | 33 | $759.51 | $19.85 | $739.66 | $0.75 |
| 6 | CITY OF CAMDEN WATER & SEWER | 24 | $985.81 | $985.81 | $0.00 | $985.81 |
| 7 | CITY OF CAMDEN WATER & SEWER | 24 | $836.71 | $836.71 | $0.00 | $836.71 |
| 8 | EQUIFAX INFORMATION SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | EXPERIAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PSE&G | 33 | $3,139.30 | $82.03 | $3,057.27 | $3.10 |
| 12 | SCOLOPAX, LLC | 33 | $19,317.22 | $504.78 | $18,812.44 | $19.08 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $6,831.27 | $178.51 | $6,652.76 | $6.75 |
| 14 | POLICE & FIRE FEDERAL CREDIT UNION | 33 | $7,536.38 | $196.94 | $7,339.44 | $7.44 |
| 15 | ROCKET MORTGAGE, LLC | 24 | $1,680.67 | $1,680.67 | $0.00 | $1,680.67 |
| 16 | FIRST HARVEST CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | STATE OF NEW JERSEY DIVISION OF TAXATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | TRANSUNION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | DANIEL L REINGANUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | BANK OF AMERICA, N.A. | 33 | $8,967.80 | $234.34 | $8,733.46 | $8.86 |
| 23 | M & T BANK | 33 | $30,910.80 | $807.74 | $30,103.06 | $30.52 |
| 24 | DISCOVER BANK | 33 | $260.93 | $6.82 | $254.11 | $0.26 |
| 25 | QUANTUM3 GROUP, LLC | 33 | $9,318.92 | $243.51 | $9,075.41 | $9.20 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | POLICE & FIRE FEDERAL CREDIT UNION | 33 | $4,604.89 | $120.33 | $4,484.56 | $4.55 |
| 27 | FIRST HARVEST CREDIT UNION | 24 | $189.23 | $189.23 | $0.00 | $189.23 |
| 28 | FIRST HARVEST CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | AMERICAN EXPRESS | 33 | $354.43 | $9.26 | $345.17 | $0.35 |
| 30 | PRO CAP 8 FBO FIRSTRUST BANK | 24 | $7,706.41 | $1,126.90 | $6,579.51 | $0.00 |
| 31 | ROCKET MORTGAGE, LLC | 13 | $549.00 | $549.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2022 | 32.00 | $0.00 |
| 11/01/2024 | Paid to Date | $14,207.00 |
| 12/01/2024 | 27.00 | $538.00 |
| 03/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,887.00 |
| Total paid to creditors this period: | $4,864.40 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | ($504.00) |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**