| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. | |
| In Re:<br><br>Bruce Johnthan Williams<br><br>Debtor | Case No.: 22-11348 JNP<br><br>Chapter: 13<br><br>Hearing Date: August 5, 2025<br><br>Judge: Jerrold N. Poslusny Jr. |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled  ■ Withdrawn

Matter: Creditor's Certification of Default (Docket# 71)

Date: July 18, 2025             /s/ Denise Carlon
                                 Signature

*rev. 8/1/15*