Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−11348−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Bruce Johnthan Williams
228 Kaighn Ave.
Camden, NJ 08103

Social Security No.:
xxx−xx−2991

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 7, 2024.

On 10/13/2025 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:           November 19, 2025
Time:           09:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3.  **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 14, 2025
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Bruce Johnthan Williams  
    Debtor

Case No. 22-11348-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Oct 14, 2025      Form ID: 185      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Bruce Johnthan Williams, 228 Kaighn Ave., Camden, NJ 08103-3269 |
| cr | | City of Camden, City Attorney, City Hall, 4th Floor, Suite 419, Camden, NJ 08101-5120 |
| cr | + | Pro Cap 8 FBO Firstrust Bank, Pro Capital Management III, 2500 McClellan Ave, Suite 200, Pennsauken, NJ 08109 UNITED STATES 08109-4613 |
| 519512527 | + | City Of Camden Water, 100 S. 17th St., Camden, NJ 08105-1759 |
| 519512526 | | City of Camden, Dept of Revenue & Collections, c/o Office of tthe City Attorney, Suite 419, City Hall, Camden, NJ 08102 |
| 520361778 | + | Pro Cap 8 FBO First Trust Bank, Attn: Shannon Burrini, Esq, 2500 McClellan Ave, Suite 200, Pennsauken, NJ 08109-4613 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | + | Email/Text: law@ci.camden.nj.us | Oct 14 2025 23:34:00 | Michelle Banks-Spearman, City of Camden, City Hall, 520 Market Street, Suite 419, Camden, NJ 08102-1300 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 14 2025 23:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 14 2025 23:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@firstharvestcu.com | Oct 14 2025 23:34:00 | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 519558878 | + | Email/Text: g17768@att.com | Oct 14 2025 23:34:00 | AT&T Corp., %AT&T Services, Inc., Karen A Cavagnaro - Lead Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 519512522 | + | Email/Text: g17768@att.com | Oct 14 2025 23:34:00 | AT&T Mobility LLC, Attn: Karen A. Cavagnaro, Lead Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 519512521 | + | Email/Text: EBNProcessing@afni.com | Oct 14 2025 23:34:00 | Afni, Inc., Attn: Bankruptcy, Po Box 3427, Bloomington, IL 61702-3427 |
| 519585810 | | Email/PDF: bncnotices@becket-lee.com | Oct 14 2025 23:44:44 | American Express National Bank, c/o Beckett and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 519638121 | | Email/PDF: bncnotices@becket-lee.com | Oct 14 2025 23:44:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519512523 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 14 2025 23:33:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519523954 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 14 2025 23:33:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519512525 | ^ | MEBN | Oct 14 2025 23:29:42 | CCMUA, PO Box 1105, Bellmawr, NJ 08099-5105 |

Case 22-11348-JNP    Doc 82    Filed 10/16/25    Entered 10/17/25 00:37:05    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: 185 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| 519512524 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2025 23:44:08 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519551733 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 14 2025 23:58:42 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519542350 | | Email/Text: mrdiscen@discover.com | Oct 14 2025 23:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 519512528 | | Email/Text: bankruptcycourts@equifax.com | Oct 14 2025 23:34:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 519512529 | ^ | MEBN | Oct 14 2025 23:29:20 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519512530 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 14 2025 23:34:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519530132 | + | Email/Text: camanagement@mtb.com | Oct 14 2025 23:34:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 519512532 | | Email/Text: bkrgeneric@penfed.org | Oct 14 2025 23:34:00 | Pentagon Federal Credit Union, 13220 Fort Street, Omaha, NE 68164 |
| 519512534 | + | Email/Text: bankruptcy@pseg.com | Oct 14 2025 23:33:00 | PSE&G, Attn: Bankruptcy, PO Box 490, Cranford, NJ 07016-0490 |
| 520705312 | ^ | MEBN | Oct 14 2025 23:30:44 | PSE&G, 80 Park Plaza, Newark, NJ 07102-4194 |
| 519512531 | + | Email/Text: bkrgeneric@penfed.org | Oct 14 2025 23:34:00 | Pentagon Federal Credit Union, 2930 Eisenhower Ave., Alexandria, VA 22314-4557 |
| 519525381 | + | Email/Text: documentfiling@lciinc.com | Oct 14 2025 23:34:00 | Plaza Services, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519512533 | + | Email/Text: bankruptcy1@pffcu.org | Oct 14 2025 23:34:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 519552591 | + | Email/Text: bankruptcy1@pffcu.org | Oct 14 2025 23:34:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 519550670 | | Email/Text: bnc-quantum@quantum3group.com | Oct 14 2025 23:34:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519512535 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 14 2025 23:35:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519524100 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 14 2025 23:35:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519512537 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 14 2025 23:34:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 520181903 | + | Email/Text: bncmail@w-legal.com | Oct 14 2025 23:34:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Suite 700, Seattle, WA 98101-2051 |
| 520181904 | + | Email/Text: bncmail@w-legal.com | Oct 14 2025 23:34:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Suite 700, Seattle, WA 98101, Scolopax, LLC, c/o Weinstein & Riley, PS 98101-2051 |
| 519512536 | + | Email/Text: courts@southjerseyfcu.com | Oct 14 2025 23:34:00 | South Jersey FCU, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |
| 519512538 | ^ | MEBN | Oct 14 2025 23:29:29 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John F Newman | on behalf of Creditor First Harvest Credit Union courts@firstharvestcu.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. tue67813@temple.edu |
| Michelle Banks-Spearman | on behalf of Creditor City of Camden mispearm@camdennj.gov NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us |
| Robert J. Malloy | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| Shannon Burrini | on behalf of Creditor Pro Cap 8 FBO Firstrust Bank legal@procapllc.com |
| Thomas G. Egner | on behalf of Debtor Bruce Johnthan Williams tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10