UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Shannon Burrini, Esq.
Pro Capital Management III, LLC
2500 McClellan Ave., Suite 200
Pennsauken, NJ 08109
(856) 528-0467
Shannonb@procapllc.com
*Attorney for Creditor, Pro Cap 8 FBO Firstrust Bank*

Order Filed on December 18, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Bruce Johnthan Williams

Case No.: 22-11348

Adv. No.:

Hearing Date:

Judge: Jerrold N. Poslusny

## CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 18, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Bruce Johnthan Williams
Case No: 22-11348
Caption of Order: CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION

---

THIS MATTER having come before the Court on the Objection of Confirmation of Pro Cap 8 FBO Firstrust Bank (the "Creditor"), by and through Counsel, Shannon Burrini, Esquire, appearing, and the Debtor, Bruce Johnthan Williams, by and through Counsel, Thomas Egner, Esquire, having consented hereto and good cause having been shown;

IT is hereby, ORDERED as follows:

1. Pro Cap 8 FBO Firstrust Bank is the holder of tax sale certificate, 21-00303, secured by real estate located at Block 4321; Lot 46 of City of Camden. This property is commonly known as 1507 Newport Street, Camden, NJ 08012 ("Property");

2. Debtor is delinquent on property taxes for Q2, Q3, and Q4 of 2025 in the amount of $1,191.00 for the Property. Moreover, the property tax payment for Q1 2026 will be due to the City of Camden on February 1, 2026;

3. The Debtor shall pay their delinquent taxes on or before February 1, 2026. The Debtor shall also make prompt payment for the Q1 2026 property taxes, which will be due and owing that same day, February 1, 2026;

4. The Debtor shall begin making their property tax payments promptly, such that there are no further tax delinquencies after February 1, 2026;

5. In the event the Debtor fails to pay their delinquent taxes on or before February 2, 2026 in accordance with Paragraphs 2 through 4 *supra*, Creditor shall automatically be entitled to relief from the automatic stay pursuant to 11 U.S.C. § 362(d) upon application of Creditor's Attorney. No notice to the Debtor or Debtor's counsel will be required before filing the Application for an Order Vacating the Automatic Stay.

We hereby consent to the form and entry of the within Order.

**PRO CAPITAL MANAGEMENT III, LLC**

By: _/s/ Shannon Burrini_
  Shannon Burrini, Esq.
  Attorney for Creditor, Pro Cap 8 FBO Firstrust Bank


**MCDOWELL LAW PC**

By: _/s/ Thomas Egner_
  Thomas Egner, Esq.
  Attorney for the Debtor, Bruce Johnthan Williams