UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Shannon Burrini, Esq.
Pro Capital Management III, LLC
2500 McClellan Ave., Suite 200
Pennsauken, NJ 08109
(856) 528-0467
Shannonb@procapllc.com
*Attorney for Creditor, Pro Cap 8 FBO Firstrust Bank*



Order Filed on December 18, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Bruce Johnthan Williams

Case No.: 22-11348

Adv. No.:

Hearing Date:

Judge: Jerrold N. Poslusny

## CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 18, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Bruce Johnthan Williams
Case No: 22-11348
Caption of Order: CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION

---

THIS MATTER having come before the Court on the Objection of Confirmation of Pro Cap 8 FBO Firstrust Bank (the "Creditor"), by and through Counsel, Shannon Burrini, Esquire, appearing, and the Debtor, Bruce Johnthan Williams, by and through Counsel, Thomas Egner, Esquire, having consented hereto and good cause having been shown;

IT is hereby, ORDERED as follows:

1. Pro Cap 8 FBO Firstrust Bank is the holder of tax sale certificate, 21-00303, secured by real estate located at Block 4321; Lot 46 of City of Camden. This property is commonly known as 1507 Newport Street, Camden, NJ 08012 ("Property");

2. Debtor is delinquent on property taxes for Q2, Q3, and Q4 of 2025 in the amount of $1,191.00 for the Property. Moreover, the property tax payment for Q1 2026 will be due to the City of Camden on February 1, 2026;

3. The Debtor shall pay their delinquent taxes on or before February 1, 2026. The Debtor shall also make prompt payment for the Q1 2026 property taxes, which will be due and owing that same day, February 1, 2026;

4. The Debtor shall begin making their property tax payments promptly, such that there are no further tax delinquencies after February 1, 2026;

5. In the event the Debtor fails to pay their delinquent taxes on or before February 2, 2026 in accordance with Paragraphs 2 through 4 *supra*, Creditor shall automatically be entitled to relief from the automatic stay pursuant to 11 U.S.C. § 362(d) upon application of Creditor's Attorney. No notice to the Debtor or Debtor's counsel will be required before filing the Application for an Order Vacating the Automatic Stay.

We hereby consent to the form and entry of the within Order.

**PRO CAPITAL MANAGEMENT III, LLC**

By: *Shannon Burrini*
Shannon Burrini, Esq.
Attorney for Creditor, Pro Cap 8 FBO Firstrust Bank


**MCDOWELL LAW PC**

By: *Thomas O. Egner*
Thomas Egner, Esq.
Attorney for the Debtor, Bruce Johnthan Williams

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 22-11348-JNP

Bruce Johnthan Williams     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2

Date Rcvd: Dec 19, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bruce Johnthan Williams, 228 Kaighn Ave., Camden, NJ 08103-3269 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:

**Name**     **Email Address**

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
    courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John F Newman
    on behalf of Creditor First Harvest Credit Union courts@firstharvestcu.com

Michael Patrick Farrington
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. tue67813@temple.edu

Michelle Banks-Spearman

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 19, 2025 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor City of Camden mispearm@camdennj.gov NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us

Robert J. Malloy
on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com

Shannon Burrini
on behalf of Creditor Pro Cap 8 FBO Firstrust Bank legal@procapllc.com

Thomas G. Egner
on behalf of Debtor Bruce Johnthan Williams tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10