Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−11348−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Bruce Johnthan Williams
  228 Kaighn Ave.
  Camden, NJ 08103

Social Security No.:
  xxx−xx−2991

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 8, 2026.

Dated: January 8, 2026
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 22-11348-JNP

Bruce Johnthan Williams    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 3
Date Rcvd: Jan 08, 2026    Form ID: plncf13    Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bruce Johnthan Williams, 228 Kaighn Ave., Camden, NJ 08103-3269 |
| cr | | City of Camden, City Attorney, City Hall, 4th Floor, Suite 419, Camden, NJ 08101-5120 |
| cr | + | Pro Cap 8 FBO Firstrust Bank, Pro Capital Management III, 2500 McClellan Ave, Suite 200, Pennsauken, NJ 08109 UNITED STATES 08109-4613 |
| 519512527 | + | City Of Camden Water, 100 S. 17th St., Camden, NJ 08105-1759 |
| 519512526 | | City of Camden, Dept of Revenue & Collections, c/o Office of tthe City Attorney, Suite 419, City Hall, Camden, NJ 08102 |
| 520361778 | + | Pro Cap 8 FBO First Trust Bank, Attn: Shannon Burrini, Esq, 2500 McClellan Ave, Suite 200, Pennsauken, NJ 08109-4613 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: law@ci.camden.nj.us | Jan 08 2026 20:46:00 | Michelle Banks-Spearman, City of Camden, City Hall, 520 Market Street, Suite 419, Camden, NJ 08102-1300 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 08 2026 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 08 2026 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@firstharvestcu.com | Jan 08 2026 20:46:00 | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 519558878 | + | Email/Text: g17768@att.com | Jan 08 2026 20:45:00 | AT&T Corp., %AT&T Services, Inc., Karen A Cavagnaro - Lead Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 519512522 | + | Email/Text: g17768@att.com | Jan 08 2026 20:45:00 | AT&T Mobility LLC, Attn: Karen A. Cavagnaro, Lead Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 519512521 | + | Email/Text: EBNProcessing@afni.com | Jan 08 2026 20:46:00 | Afni, Inc., Attn: Bankruptcy, Po Box 3427, Bloomington, IL 61702-3427 |
| 519585810 | | Email/PDF: bncnotices@becket-lee.com | Jan 08 2026 20:47:25 | American Express National Bank, c/o Beckett and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 519638121 | | Email/PDF: bncnotices@becket-lee.com | Jan 08 2026 20:47:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519512523 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 08 2026 20:45:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519523954 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 08 2026 20:45:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519512525 | ^ | MEBN | Jan 08 2026 20:40:08 | CCMUA, PO Box 1105, Bellmawr, NJ 08099-5105 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519512524 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 08 2026 20:47:19 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519551733 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 08 2026 20:47:28 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519542350 | | Email/Text: mrdiscen@discover.com | Jan 08 2026 20:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 519512528 | | Email/Text: bankruptcycourts@equifax.com | Jan 08 2026 20:46:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 519512529 | ^ | MEBN | Jan 08 2026 20:39:34 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519512530 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 08 2026 20:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519530132 | + | Email/Text: camanagement@mtb.com | Jan 08 2026 20:46:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 519512532 | | Email/Text: bkrgeneric@penfed.org | Jan 08 2026 20:45:00 | Pentagon Federal Credit Union, 13220 Fort Street, Omaha, NE 68164 |
| 519512534 | + | Email/Text: bankruptcy@pseg.com | Jan 08 2026 20:45:00 | PSE&G, Attn: Bankruptcy, PO Box 490, Cranford, NJ 07016-0490 |
| 520705312 | ^ | MEBN | Jan 08 2026 20:40:20 | PSE&G, 80 Park Plaza, Newark, NJ 07102-4194 |
| 519512531 | + | Email/Text: bkrgeneric@penfed.org | Jan 08 2026 20:45:00 | Pentagon Federal Credit Union, 2930 Eisenhower Ave., Alexandria, VA 22314-4557 |
| 519525381 | + | Email/Text: documentfiling@lciinc.com | Jan 08 2026 20:45:00 | Plaza Services, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519512533 | + | Email/Text: bankruptcy1@pffcu.org | Jan 08 2026 20:46:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 519552591 | + | Email/Text: bankruptcy1@pffcu.org | Jan 08 2026 20:46:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 519550670 | | Email/Text: bnc-quantum@quantum3group.com | Jan 08 2026 20:46:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519512535 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jan 08 2026 20:46:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519524100 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jan 08 2026 20:46:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519512537 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 08 2026 20:45:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 520181903 | + | Email/Text: bncmail@w-legal.com | Jan 08 2026 20:46:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Suite 700, Seattle, WA 98101-2051 |
| 520181904 | + | Email/Text: bncmail@w-legal.com | Jan 08 2026 20:46:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Suite 700, Seattle, WA 98101, Scolopax, LLC, c/o Weinstein & Riley, PS 98101-2051 |
| 519512536 | + | Email/Text: courts@southjerseyfcu.com | Jan 08 2026 20:46:00 | South Jersey FCU, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |
| 519512538 | ^ | MEBN | Jan 08 2026 20:39:38 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John F Newman | on behalf of Creditor First Harvest Credit Union courts@firstharvestcu.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. tue67813@temple.edu |
| Michelle Banks-Spearman | on behalf of Creditor City of Camden mispearm@camdennj.gov NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;AnMixon@ci.camden.nj.us |
| Robert J. Malloy | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| Shannon Burrini | on behalf of Creditor Pro Cap 8 FBO Firstrust Bank legal@procapllc.com |
| Thomas G. Egner | on behalf of Debtor Bruce Johnthan Williams tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10