Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 22-11348 (JNP)

Bruce J. Williams
228 Kaighn Avenue
Camden, NJ  08103

Monthly Payment: $569.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/09/2025 | $521.00 | 02/10/2025 | $521.00 | 03/10/2025 | $521.00 | 04/08/2025 | $521.00 |
| 05/08/2025 | $521.00 | 06/09/2025 | $521.00 | 07/09/2025 | $521.00 | 08/08/2025 | $521.00 |
| 09/09/2025 | $521.00 | 10/08/2025 | $521.00 | 11/10/2025 | $521.00 | 12/08/2025 | $521.00 |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | BRUCE J. WILLIAMS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $3,875.00 | $3,875.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $800.00 | $800.00 | $0.00 | $800.00 |
| 0 | MC DOWELL LAW, PC | 13 | $544.57 | $544.57 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $1,022.95 | $0.00 | $1,022.95 | $0.00 |
| 1 | AT&T MOBILITY II, LLC | 33 | $644.84 | $16.85 | $627.99 | $16.21 |
| 2 | AFNI, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA, N.A. | 33 | $19,819.60 | $517.91 | $19,301.69 | $498.34 |
| 4 | CAMDEN COUNTY MUA | 24 | $835.30 | $835.30 | $0.00 | $0.00 |
| 5 | CAPITAL ONE, N.A. | 33 | $759.51 | $19.85 | $739.66 | $19.10 |
| 6 | CITY OF CAMDEN WATER & SEWER | 24 | $985.81 | $985.81 | $0.00 | $0.00 |
| 7 | CITY OF CAMDEN WATER & SEWER | 24 | $836.71 | $836.71 | $0.00 | $0.00 |
| 8 | EQUIFAX INFORMATION SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | EXPERIAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PSE&G | 33 | $3,139.30 | $82.03 | $3,057.27 | $78.93 |
| 12 | SCOLOPAX, LLC | 33 | $19,317.22 | $504.78 | $18,812.44 | $485.70 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $6,831.27 | $178.51 | $6,652.76 | $171.76 |
| 14 | POLICE & FIRE FEDERAL CREDIT UNION | 33 | $7,536.38 | $196.94 | $7,339.44 | $189.50 |
| 15 | ROCKET MORTGAGE, LLC | 24 | $1,680.67 | $1,680.67 | $0.00 | $0.00 |
| 16 | FIRST HARVEST CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | STATE OF NEW JERSEY DIVISION OF TAXATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | TRANSUNION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | DANIEL L REINGANUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | BANK OF AMERICA, N.A. | 33 | $8,967.80 | $234.34 | $8,733.46 | $225.48 |
| 23 | M & T BANK | 33 | $30,910.80 | $807.74 | $30,103.06 | $777.22 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 24 | DISCOVER BANK | 33 | $260.93 | $6.82 | $254.11 | $6.56 |
| 25 | QUANTUM3 GROUP, LLC | 33 | $9,318.92 | $243.51 | $9,075.41 | $234.31 |
| 26 | POLICE & FIRE FEDERAL CREDIT UNION | 33 | $4,604.89 | $120.33 | $4,484.56 | $115.78 |
| 27 | FIRST HARVEST CREDIT UNION | 24 | $189.23 | $189.23 | $0.00 | $0.00 |
| 28 | FIRST HARVEST CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | AMERICAN EXPRESS | 33 | $354.43 | $9.26 | $345.17 | $8.91 |
| 30 | PRO CAP 8 FBO FIRSTRUST BANK | 24 | $7,706.41 | $5,740.23 | $1,966.18 | $1,126.90 |
| 31 | ROCKET MORTGAGE, LLC | 13 | $549.00 | $549.00 | $0.00 | $549.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2022 | 32.00 | $0.00 |
| 11/01/2024 | Paid to Date | $14,207.00 |
| 12/01/2024 | 7.00 | $538.00 |
| 07/01/2025 | 20.00 | $569.00 |
| 03/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,252.00 |
| Total paid to creditors this period: | $5,303.70 |
| Undistributed Funds on Hand: | $468.90 |
| Arrearages: | ($114.00) |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**