UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Shannon Burrini, Esq.
Pro Capital Management III, LLC
2500 McClellan Ave., Suite 200
Pennsauken, NJ 08109
Tel. 856-528-0467
shannonb@procapllc.com
Attorney for Creditor, Pro Cap 8 FBO
Firstrust Bank

In Re:

  Bruce Johnthan Williams

Case No.:     22-11348

Chapter:      13

Adv. No.:

Hearing Date:

Judge:        Jerrold N. Poslusny, Jr.

## CERTIFICATION OF SERVICE

1.  I,   Shannon Burrini, Esq.   :

☑ represent   Pro Cap 8 FBO Firstrust Bank   in this matter.

☐ am the secretary/paralegal for _____, who represents

_____ in this matter.

☐ am the _____ in this case and am representing myself.

2.  On   June 10, 2026   , I sent a copy of the following pleadings and/or documents

to the parties listed in the chart below.

  Application of Counsel in Support of Order Vacating Stay; Exhibit A; Proposed Order

3.  I certify under penalty of perjury that the above documents were sent using the mode of service

indicate.

Date:     6/10/2026

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Thomas G. Egner<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052 | Debtor's Counsel | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bruce Johnthan Williams<br>228 Kaighn Avenue<br>Camden, NJ 08103 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew B. Finberg<br>Chapter 13 Standing Trustee<br>535 Route 38, SUite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |